■  THURLOW W. DAVIS et al., as Executors of EUPHEMIA DAVIS, Deceased, et al., Appellants, v. AGNES MEIERER et al., Respondents.— Order insofar as it sets aside the verdict in favor of the executors of Euphemia Davis reversed on the law and facts, with costs, and verdict reinstated; order insofar as it sets aside the verdict for Eleanor Davis and grants a new trial, affirmed without costs. See memorandum filed in companion case of *Meierer* v. *Davis* (6 A D 2d 988). All concur. (Appeal from an order of Niagara Trial Term setting aside the verdict of a jury against defendants and in favor of plaintiffs and granting a new trial in an automobile negligence action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■  In the Matter of CLAIR BENNETT, Appellant, against GEORGE C. TALCOTT et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Onondaga Special Term denying petitioner's application and adjudging that respondent George C. Talcott is entitled to be issued a certificate of election to the office of supervisor of the Town of Spafford by the Board of Elections of Onondaga County.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ. [10 Misc 2d 804.]

■  In the Matter of the Arbitration between OSWEGO HOUSING AUTHORITY, Appellant, and MANCUSO BROS., INC., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Oswego Special Term denying petitioner's application for a stay of arbitration and for an immediate trial of the issues, and directing that the arbitration shall proceed and that petitioner shall participate in the arbitration.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■  ALLING & CORY COMPANY, Respondent, v. UTICA AUTO EXPRESS TERMINAL ASSOCIATION et al., Appellants.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Oneida Special Term directing defendants during pendency of the action to receive from plaintiff packages of merchandise for delivery to plaintiff's customers.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.